# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,
Plaintiff,

v.

MIGUEL ZAVALA GARCIA, a/k/a Poncho, et al.,

Defendants.

Case No. CR-10-086-RAW

5:11-MJ-00032

FILED
JUN 30 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## ORDER

Before the court is the Government's appeal of Magistrate's order setting conditions of release [Docket No. 158]. On December 8, 2010, the Grand Jury returned a Sealed Indictment charging Miguel Zavala Garcia, also known as "Poncho," (hereinafter "Defendant Garcia") and five other defendants with conspiracy to possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation 21 U.S.C. § 846. An arrest warrant was issued for Defendant Garcia on the same day, December 8, 2010.

On June 24, 2011, more than six months after the arrest warrant was issued, Defendant Garcia was brought before a United States Magistrate Judge in the United States District Court for the Eastern District of California for an Identity Hearing and a Detention Hearing. At the Identity Hearing, the Magistrate Judge found that the individual in custody is Defendant Garcia and ordered that he be transported back to the Eastern District of Oklahoma to appear in court no later than July 15, 2011 or as directed by the pretrial officer.

Then, however, at the Detention Hearing, the Magistrate Judge ordered Defendant Garcia

released on pretrial service conditions, including a $100,000 property bond and that he surrender his passport. The Magistrate Judge held the Release Order until close of business on June 28, 2011 to determine if the Government would file an appeal. The Government filed the instant appeal on June 28, 2011.

The court hereby orders a temporary stay of the Release Order and further orders that Defendant Garcia be transported immediately to the Eastern District of Oklahoma by the United States Marshal Service for a detention hearing.

It is so ORDERED this 30th day of June, 2011.

Ronald A. White
United States District Judge
Eastern District of Oklahoma

2